**JACOBS, SCHWALBE & PETRUZZELLI, P.C.**

A PROFESSIONAL CORPORATION
ATTORNEYS AT LAW
WOODCREST PAVILION
TEN MELROSE AVENUE – SUITE 340
CHERRY HILL, NEW JERSEY 08003
FIRM WEBSITE: WWW.JACOBSLAWOFFICE.COM

MARK S. JACOBS
ALAN L. SCHWALBE†
ROBERT A. PETRUZZELLI*
LAUREN S. TOVINSKY*
JEFFREY S. SIMONS*
TIMOTHY J. MELLO*
JOHN MORELLI, OF COUNSEL††

* ALSO MEMBERS OF PA BAR

† CERTIFIED BY THE NEW JERSEY SUPREME COURT
AS A WORKERS' COMPENSATION ATTORNEY

†† CERTIFIED BY THE NEW JERSEY SUPREME COURT
AS A CIVIL TRIAL ATTORNEY

PHONE (856) 429-5661
FAX    (856) 429-7587

November 8, 2019

*Via e-filing*

Honorable Paul S. Diamond
United States District Court
For the Eastern District of PA
601 Market Street, Room 14614
Philadelphia, PA 19106

Re:   Kenneth Blake v. Falls Township
       USDC EDPA, No.: 2:19-cv-02924-PD

Dear Judge Diamond:

Please allow this to advise the Court that the above-referenced case has just settled; thus, the Rule 16 Conference scheduled for November 13, 2019 at 3:30 p.m. before Your Honor may be removed from the Court's calendar.

Thank you for Your Honor's courtesies in this matter, and should the Court have any questions, please do not hesitate to contact us.

Respectfully,

JACOBS, SCHWALBE & PETRUZZELLI
A Professional Corporation

JEFFREY S. SIMONS, ESQUIRE

JSS/slg

cc: Leticia Santiago, Esquire (via e-filing)